**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    No. 78 EM 2015

Petitioner

v.

HUBERT MICHAEL,

Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of March, 2016, the Application for Leave to File a Reply is **GRANTED**, and the Petition for Extraordinary Relief Pursuant to King's Bench Jurisdiction is **DENIED**.

    Justice Eakin did not participate in the consideration or decision of this matter.